Patrick F. McIntyre (Bar No. 272042)
  *pmcintyre@hbblaw.com*
Sean Y. Ma (Bar No. 315225)
  *sma@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
  *edocs@hbblaw.com*
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendants BESTWAY
TRANSPORT, LLC and BRYSON DAVID
TYNES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RAMOS,<br><br>          Plaintiff,<br><br>     v.<br><br>BESTWAY TRANSPORT, LLC; BRYSON DAVID TYNES; and DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO.: 1:24-cv-01109-KES-FRS (EPG)<br><br>**ORDER AMENDING THE SCHEDULING ORDER AS TO THE NON-EXPERT DISCOVERY CUTOFF DATE**<br><br>Action Filed:          January 20, 2024<br>Trial:          September 14, 2027 |

The Stipulation of the Parties to Amend the Scheduling Order as to the Non-Expert Discovery Cutoff Date, having been duly submitted to and considered by this Court, IT IS HEREBY ORDERED that the Stipulation is GRANTED.

1.  The Court Orders that the Non-Expert Discovery Cutoff in the Scheduling Order (ECF No. 16) be amended from March 20, 2026 to **May 19, 2026**; and

2.  No other dates in the Court's Scheduling Conference Order (ECF No. 16) are amended.

IT IS SO ORDERED.

Dated:  __**March 23, 2026**__          /s/ *Erica P. Grosj*
                                        UNITED STATES MAGISTRATE JUDGE