UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RAMOS,<br><br>        Plaintiffs,<br><br>    v.<br><br>BESTWAY TRANSPORT. LLC;<br>BRYSON DAVID TYNES; and DOES 1<br>through 20. inclusive,<br><br>        Defendants. | Case No.  1:24-CV-01109-KES-FJS<br><br>ORDER AMENDING THE SCHEDULING<br>ORDER AS TO THE NON-EXPERT<br>DISCOVERY CUTOFF DATES: ORDER<br>GRANTING MEDICAL EXAMINATION OF<br>PLAINTIFF ALEX RAMOS<br><br>(ECF Nos. 23, 24, 25) |

Pursuant to the stipulation of the parties (ECF Nos. 23, 24, 25), IT IS HEREBY ORDERED:

1.  The non-expert and expert disclosure date cutoff set forth in the Court's Scheduling Conference Order (ECF Nos. 16, 21) be amended from May 19, 2026, to July 20, 2026;

2.  The supplemental expert disclosure date per the Court's Scheduling Conference Order (ECF. No 16) be amended from June 19, 2026, to August 21, 2026;

3.  The expert discovery cutoff date in the Court's Scheduling Conference Order (ECF No. 16.) be amended from November 13, 2026, to January 8, 2027.

4.  Defendants are granted leave to conduct a neuropsychological examination of Plaintiff Alex Ramos on June 8, 2026, beginning at 9:00 AM PST with Dr. Charles

1

Filanosky, 1101 Marina Village Parkway, Suite 201, Alameda, CA 94501, and continuing as long as reasonably necessary and pursuant to the parties' stipulation. (ECF No. 25.)

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2