UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALEX RAMOS, | Case No. 1:24-cv-01109-KES-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' JOINT STIPULATION TO AMEND SCHEDULING ORDER AS TO DISCOVERY DATES |
| v. | |
| BESTWAY TRANSPORT LLC., BRYSON DAVID TYNES, and DOES 1 through 50, inclusive | (ECF No. 27) |
| Defendants. | |

After consideration of relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. The non-expert discovery and expert disclosure deadline currently set for July 20, 2026, is continued to August 3, 2026.

2. The supplemental expert disclosures deadline currently set for August 21, 2026, is continued to September 4, 2026.

3. The expert discovery deadline currently set for January 8, 2027, is continued to January 22, 2027.

IT IS SO ORDERED.

Dated:    **June 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE