UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>BESTWAY TRANSPORT LLC, BRYSON DAVID TYNES, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:24-CV-01109-KES-FJS<br><br>ORDER RE: MOTIONS TO SHORTEN TIME<br><br>(ECF Nos. 41, 42)<br><br>ORDER SETTING DECEMBER 1, 2026, STATUS CONFERENCE |

On September 18, 2024, Defendants Bryson David Tynes and Bestway Transport, LLC removed the above captioned case from California Superior Court for the County of Merced to the United States District Court for the Eastern District of California. (ECF No. 1.) On August 14, 2026, this court issued a superseding scheduling conference order that set (1) September 28, 2026, as the deadline for Plaintiff Alex Ramos's expert disclosures; (2) October 30, 2026, as the deadline for Defendant's expert disclosures; (3) December 4, 2026, as the deadline for Plaintiff's rebuttal expert disclosures; and (4) March 19, 2027, as the discovery cutoff deadline. (ECF No. 36.)

On November 17, 2026, the parties filed their joint stipulation to shorten time for motions (ECF No. 41) requesting that this court on November 27, 2026, simultaneously hear (1) Plaintiff's motion to exclude defense experts and (2) Defendants' motion for leave to supplement Defendants' expert disclosures.[1] As of the filing of this order, the court has received Plaintiff's motion to exclude defense experts (ECF No. 44), the parties' joint statement regarding discovery disagreement (ECF No. 47), and Defendants' motion for leave to supplement expert disclosures (ECF No. 48).

As an initial matter, the court cannot accommodate the parties' joint stipulation to schedule a hearing on November 27, 2026, (ECF No. 41 at 3 ¶ 11.i), because the courthouse is closed on that day.

Moreover, upon review of the above-referenced motions and statement, the court finds that the parties' proposal is likely to require substantial modification of the court's August 14, 2026, scheduling order (ECF No. 36). Accordingly, the court finds it necessary to set a status conference to discuss the parties' stipulation (ECF No. 41) and joint status report regarding discovery disagreement (ECF No. 47).

---

[1] The court notes that on November 17, 2026, the parties filed a second joint stipulation to shorten times for motions (ECF No. 42) which appears to be identical to ECF No. 41. The court will accordingly disregard ECF No. 42 as duplicative.

IT IS HEREBY ORDERED as follows:

(1) The parties SHALL appear for a telephonic status conference on December 1, 2026, at 9:00 a.m., in Courtroom 8 (FJS) before United States Magistrate Judge Frank J. Singer;

(2) No status report is required for this conference; and

(3) The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **November 23, 2026**

UNITED STATES MAGISTRATE JUDGE